## Case No. 4,805.

FIRST NAT. BANK OF MOUNT PLEASANT v. TINSTMAN.

[36 Leg. Int. 228;[1] 2 Browne, Nat. Bank Cas. 182; 26 Pittsb. Leg. J. 95.]

Circuit Court, W. D. Pennsylvania. Jan 20, 1879.

[1] [Reprinted from 36 Leg. Int. 228, by permission.]

D. T. Watson, for plaintiff.
Welty McCullough, for defendant.

McKENNAN, Circuit Judge.   Judgment is hereby rendered for the plaintiff in the within case for $8233.79, with interest from June 4th, 1876.